**THE HONORABLE ROBERT S. LASNIK**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLAGSTAR BANK, FSB, a national corporation doing business in California,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVE EERKES and DEBRA EERKES, husband and wife; and the INTERNAL REVENUE SERVICE,<br><br>            Defendants. | Case No.:  2:12-cv-01951-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

This matter having come before this Court on Plaintiff Flagstar Bank, FSB's ("Plaintiff") Motion for Leave to File First Amended Complaint, the Court having reviewed the pleadings and records on file, and deeming itself fully advised, NOW THEREFORE, ORDERS AS FOLLOWS:

Plaintiff's Motion for Leave to File First Amended Complaint is hereby GRANTED.

Dated this 9th day of December, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – 1**
2:12-cv-01951-RSL

**FIDELITY NATIONAL LAW GROUP**
1200 – 6ᵀᴴ AVENUE, SUITE 620
SEATTLE, WA  98101
(206) 223-4525